SEVENTY-THREE FIRST AVENUE CORP., INC., Appellant, *v.* BRAUN-STEIN BROS. CARBONIC SALES CORPORATION, Respondent.*

Supreme Court, Appellate Term, First Department, January 6, 1939.

PER CURIAM. Judgment and order affirmed, with costs.

All concur. Present — HAMMER, FRANKENTHALER and NOO-NAN, JJ.